MATTHEW J. ESPOSITO (State Bar No. 223445)
mje@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

NANDOR B. KRAUSE (Bar No. 148718)
nbk@severson.com
ANDREW S. ELLIOTT (State Bar No. 254757)
ase@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
4301 RIVERSIDE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>4301 RIVERSIDE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:21-cv-02099-RGK-E<br>The Hon. R. Gary Klausner<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:  March 8, 2021<br>Trial Date:       Not Assigned |

13133.0001/15825139.1                                           Case No. 2:21-cv-02099-RGK-E

JOINT NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that the parties in the above-captioned case have reached a settlement of Plaintiff's individual claims. The parties anticipate filing a stipulation of dismissal pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days of the date of this Notice.  The Court may vacate all pending hearings and deadlines and, should it choose, set an OSC re dismissal for a date convenient with the Court's calendar no earlier than sixty (60) days from the date of this Notice.

DATED:  June 28, 2021             MANNING LAW, APC

By:   */s/ Joseph Manning, Jr.*
            JOSEPH MANNING, JR.

Attorneys for Plaintiff
ANTHONY BOUYER

DATED:  June 28, 2021             SEVERSON & WERSON
                                  A Professional Corporation

By:   */s/ Matthew J. Esposito*
            MATTHEW J. ESPOSITO

Attorneys for Defendant
4301 RIVERSIDE, LLC

## SIGNATURE CERTIFICATION

I, Matthew J. Esposito, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4(a)(2)(i) and (Fed. R. Civ. P. 7-1), I hereby certify that the content of this document is acceptable to counsel for Plaintiff, Joseph Manning, Jr., and that I have obtained Mr. Manning's authorization to affix his electronic signature to this document and he concurs in this filing.

DATED: June 28, 2021

SEVERSON & WERSON
A Professional Corporation

By: */s/ Matthew J. Esposito*
 MATTHEW J. ESPOSITO

Attorneys for Defendant
4301 RIVERSIDE, LLC

13133.0001/15825139.1

1

Case No. 2:21-cv-02099-RGK-E

JOINT NOTICE OF SETTLEMENT

# PROOF OF SERVICE

*Anthony Bouyer vs. 4301 Riverside, LLC*
Case No. 2:21-cv-02099-RGK-E

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On June 28, 2021, I served true copies of the following document(s): **JOINT NOTICE OF SETTLEMENT** on the interested parties in this action as follows:

Joseph R. Manning, Jr., Esq.
MANNING LAW, APC
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660

*Attorneys for Plaintiff*
**ANTHONY BOUYER**

Telephone: 1-949-200-8755
Email;
DisabilityRights@manninglawoffice.com

☒     **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 28, 2021, at San Francisco, California.

*(signature)*
_____
Emily A. Rhea

13133.0001/15825139.1

Case No. 2:21-cv-02099-RGK-E

PROOF OF SERVICE