1  Joseph R. Manning, Jr. (SBN 223381)
   DisabilityRights@manninglawoffice.com
2  **MANNING LAW, APC**
3  20062 SW Birch Street, Suite 200
   Newport Beach, CA 92660
4  Tel: 949.200.8755 / Fax: 866.843.8308
   Attorneys for Plaintiff:
5  ANTHONY BOUYER

6

7  Matthew J. Esposito (SBN 223445)
   mje@severson.com
8  Nandor B. Krause (SBN 148718)
   nbk@severson.com
9  Andrew S. Elliott (SBN 254757)
10 State Bar No. 254757)
   ase@severson.com
11 **SEVERSON & WERSON**
12 19100 Von Karman Ave, Suite 700
   Suite 700 Irvine, CA 92612
13 Main: (949) 442-7110 / Direct: (949) 225-3754
14 Attorneys for Defendants:
   4301 RIVERSIDE, LLC
15

16 **UNITED STATES DISTRICT COURT**

17 **CENTRAL DISTRICT OF CALIFORNIA**

18

| ANTHONY BOUYER, an individual, | Case No.: 2:21-cv-02099-RGK-E |
|---|---|
| | Hon. R. Gary Klausner |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |
| v. | |
| 4301 RIVERSIDE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive, | Complaint Filed: March 8, 2021 |
| | Trial Date: None |
| Defendants. | |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff ANTHONY BOUYER ("Plaintiff") and 4301 RIVERSIDE, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

IT IS SO STIPULATED.

Respectfully submitted,

DATED: July 14, 2021           **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    Anthony Bouyer

DATED: July 14, 2021           **SEVERSON & WERSON**

By: /s/ *Matthew J. Esposito*
    Matthew J. Esposito
    Attorneys for Defendant
    4301 Riverside, LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 14, 2021           By: /s/ *Joseph R. Manning, Jr.*