JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>4301 RIVERSIDE, LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:21-cv-02099-RGK-E<br><br>**[~~PROPOSED~~] ORDER DISMISSAL WITH PREJUDICE** |

1
[PROPOSED] ORDER
DISMISSAL WITH PREJUDICE

1  After consideration of the Joint Stipulation for Dismissal of the entire action
2  with Prejudice filed by Plaintiff Anthony Bouyer ("Plaintiff") and 4301 Riverside,
3  LLC ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's
4
5  Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its
6  own costs and attorneys' fees.
7
8  IT IS SO ORDERED.
9
10 DATED: September 13, 2021



_____
UNITED STATES DISTRICT JUDGE